BORG–WARNER ACCEPTANCE COR-
PORATION, an Illinois Corporation,
Plaintiff-Appellee,

v.

FIRST NATIONAL BANK OF MIAMI, a
corporation chartered under the laws of
the United States, Defendant-Appellant.

No. 75–1240.

United States Court of Appeals,
Fifth Circuit.

Aug. 4, 1976.

Herbert Stettin, John Britton, Miami,
Fla., for defendant-appellant.

Mark Hicks, Miami, Fla., for plaintiff-appellee.

Before BROWN, Chief Judge, JONES
and GOLDBERG, Circuit Judges.

PER CURIAM:

This appeal is from a judgment in a diversity case. The substantive law is that of the State of Florida. That law is set forth in *International Harvester Credit Corporation v. American National Bank*, Fla.1974, 296 So.2d 32. The factual differences between that case and the case before this Court are not such as require or permit the application of a different rule.

The judgment of the district court is AFFIRMED.